# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAFIQ A. MAJID, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV25 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion for Stay of Time to Meet and Confer Pursuant to Fed. R. Civ. P. 26(f) (Filing No. 23). Specifically, the defendants seek to stay the deadline to file a planning report until 30 days after the court issues an order on the Defendants' Motion to Dismiss (Filing No. 17). The plaintiff did not file any opposition to the motion for a stay. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion for Stay of Time to Meet and Confer Pursuant to Fed. R. Civ. P. 26(f) (Filing No. 23) is granted.

2. The parties shall have **twenty (20) calendar days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 17), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 30th day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge