IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAFIQ A. MAJID, | ) | 8:07CV25 |
| | ) | |
| Plaintiff, | ) | ORDER FOR EXTENSION OF |
| | ) | TIME FOR AGENCY'S FINAL |
| v. | ) | DECISION AND SHOW |
| | ) | CAUSE HEARING |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

UPON the parties Joint Motion for an Extension of Time for Agency's final decision on the Plaintiff's application for naturalization and show cause hearing,

IT IS HEREBY ORDERED that the Joint motion is granted.  The Defendants are granted an additional 60 days until November 9, 2007, in which to make a final determination, and this case is scheduled for a show cause hearing on **November 9, 2007 at 2:00 p.m.,** in Courtroom No. 3, Roman Hruska Courthouse, Omaha, Nebraska.

DATED this 11th day of September, 2007.

BY THE COURT:

**s/ Joseph F. Bataillon**
JOSEPH F. BATAILLON, Chief
UNITED STATES DISTRICT JUDGE