THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAFIQ A. MAJID, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. 8:07-CV-25 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, as Secretary of the | ) | |
| Department Homeland Security; EMILIO | ) | ORDER OF DISMISSAL |
| GONZALEZ, as Director of the U.S. | ) | |
| Citizenship & Immigration Services; | ) | |
| CAROLINE PRATT, Acting Field | ) | |
| Office Director of the U.S. Citizenship & | ) | |
| Immigration Services for Omaha, Nebraska; | ) | |
| MICHELLE PERRY, Acting District | ) | |
| Director, District 15, and ALBERTO | ) | |
| GONZALES, as Attorney General of | ) | |
| the United States, | ) | |
| | ) | |
| Defendants, | ) | |

IT IS ORDERED

The motion of the Plaintiff, filing #30, is granted and this matter is dismissed with prejudice, each party to bear its own costs, and complete record waived.

Date:   December 17, 2007

BY THE COURT

s/ Joseph F. Bataillon
Judge Joseph Bataillon
Chief United States District Judge

Prepared by:
Rachel Yamamoto, #22735 Neb.
BROOM, JOHNSON, CLARKSON & LANPHIER
1722 St. Mary's Avenue
310 Flatiron Building
Omaha NE 68102
ryamamoto@bjcllaw.com
Attorney for the Plaintiff